IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ADRIENNE BERRY, | § | |
| | § | No. 209, 2014 |
| Plaintiff Below- | § | |
| Appellant | § | Court Below:  Superior Court |
| | § | of the State of Delaware in and |
| v. | § | for New Castle County |
| | § | |
| STATE FARM MUTUAL | § | |
| INSURANCE COMPANY and | § | |
| SIOBHAIN KETHLEEN SULLIVAN | § | C.A. No. N11C02102 |
| | § | |
| Defendants Below- | § | |
| Appellees | § | |

Submitted:  July 18, 2014
Decided:  October 16, 2014

Before **STRINE**, Chief Justice, **HOLLAND**, and **RIDGELY**, Justices.

***O R D E R***

On this 16th day of October 2014, after careful consideration of the parties'

briefs, we find that the Superior Court's judgments should be affirmed on the basis

of its well-reasoned Letter Opinions, dated March 26, 2014.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior

Court is AFFIRMED.

BY THE COURT:

/s/ Henry duPont Ridgely
Justice